Charles Forman et al., complainants, appellees, v. Fred Becklenberg et al., defendants, on appeal of Sol Rubin, appellant. Gen. No. 35,326.

 Heard in the

599

second division of this court for the first district at the October term, 1931. Opinion filed February 23, 1932.

Edward M. Keating, for appellant. Shulman, Shulman & Abrams, for appellees; Meyer Abrams, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Heard in the second division of this court for the first district at the October term, 1931. Opinion filed February 23, 1932.